IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00257-RBJ

P&A SUBS, INC.,
BAHMAN POURALI, and
MARYAM SHAHBAZ,

    Plaintiffs,

v.

QFA ROYALTIES LLC;
QUIZNO'S FRANCHISING II LLC;
QCE FINANCE LLC f/k/a QCE Parent LLC;
THE QUIZNO'S MASTER LLC;
QIP HOLDER LLC;
TQSC II LLC f/k/a TQSC LLC;
QCE HOLDING LLC;
QZ FINANCE LLC;
QCE INCENTIVE LLC;
QCE LLC;
QUIZNOS FINANCE LLC;
QAFT, INC.;
AMERICAN FOOD DISTRIBUTORS LLC;
SOURCE ONE DISTRIBUTION LLC f/k/a National Restaurant Supply Distribution, LLC;
S&S EQUIPMENT COMPANY LLC;
BA-BING! LLC f/k/a Source One Systems LLC;
CHAIN MANAGEMENT SYSTEMS LLC;
KINETIC SOURCING SOLUTIONS LLC f/k/a U.S. Fulfillment LLC;
CONTINENTAL LENDING GROUP LLC;
CLG LEASING LLC;
THE CERVANTES HOLDING COMPANY;
CERVANTES CAPITAL LLC;
CERVANTES MASTER LLC;
RICHARD E. SCHADEN;
RICHARD F. SCHADEN;
PATRICK E. MEYERS;
STEVEN B. SHAFFER;
SYSTEM SERVICES OF AMERICA, INC. f/k/a McCabe's Quality Foods;
MCLANE COMPANY, INC.; and
JOHN DOES 1-50,

    Defendants.

ORDER to SHOW CAUSE

The Court orders defendants to show cause, on or before February 26, 2013, as to (1) how, if at all, the subject matter jurisdictional issues raised in this case are <u>different</u> from the issues raised in cases 13CV256 (Ranjer Foods LC et al. v. QFA Royalties LLC et al.) and 13CV264 (Viadeli, Inc. et al. v. QFA Royalties LLC et al.); (2) why this Court should not remand this case to state court as Judges Brimmer and Krieger did in those cases respectively; and (3) whether, in light of those remand orders that were issued after defendants' notice of removal was filed in the present case, defendants now wish voluntarily to stipulate to a remand of this case.

DATED this 12th day of February, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge