**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00257-RBJ-BNB

P&A SUBS, INC., BAHMAN POURALI, and MARYAM SHAHBAZ,

      Plaintiffs,

v.

QFA ROYALTIES LLC; QUIZNO'S FRANCHISING II LLC; QCE FINANCE LLC f/k/a QCE PARENT LLC; THE QUIZNO'S MASTER LLC; QIP HOLDER LLC; TQSC II LLC f/k/a TQSC LLC; QCE HOLDING LLC; QZ FINANCE LLC; QCE INCENTIVE LLC; QCE LLC; QUIZNOS FINANCE LLC; QAFT, INC.; AMERICAN FOOD DISTRIBUTORS LLC; SOURCE ONE DISTRIBUTION LLC f/k/a NATIONAL RESTAURANT SUPPLY DISTRIBUTION LLC; S&S EQUIPMENT COMPANY LLC; BA-BING! LLC f/k/a SOURCE ONE SYSTEMS LLC; CHAIN MANAGEMENT SYSTEMS LLC; KINETIC SOURCING SOLUTIONS LLC f/k/a U.S. FULFILLMENT LLC; CONTINENTAL LENDING GROUP LLC; CLG LEASING LLC; THE CERVANTES HOLDING COMPANY; CERVANTES CAPITAL LLC; CERVANTES MASTER LLC; RICHARD E. SCHADEN; RICHARD F. SCHADEN; PATRICK E. MEYERS; STEVEN B. SHAFFER; SYSTEM SERVICES OF AMERICA, INC. f/k/a McCABE'S QUALITY FOODS, INC.; SERVICES GROUP OF AMERICA, INC.; MCLANE COMPANY, INC.; and JOHN DOES 1–50,

      Defendants.

---

**RESPONSE TO MOTION TO REMAND**

---

Defendant Patrick E. Meyers, with the consent of all defendants, through counsel, respectfully responds to Plaintiffs' Motion to Remand (ECF No. 17).

For the reasons stated in Defendant's Response to this Court's Order to Show Cause, which is being contemporaneously filed, Defendant respectfully indicates non-opposition to remand. While Defendant continues to believe that removal was proper for the reasons stated in the Notice of Remand, Defendant acknowledges that several judges of this Court have remanded other cases invoking the same basis for federal question jurisdiction. Accordingly, in light of the

recent orders of this Court and in the interest of judicial efficiency, Defendant voluntarily agrees

to remand of this case.

Finally, given Defendant's voluntary agreement to remand this case, Plaintiffs' request

for attorneys' fees should be denied.  Moreover, an award of fees is not proper because Plaintiffs

have not complied with D.C.COLO.LCivR 54.3.

Respectfully submitted this 15th day of February, 2013.

<div style="margin-left:40%;">

*s/ Leonard H. MacPhee*
Leonard H. MacPhee
Jess A. Dance
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone:  (303) 291-2300
Facsimile:  (303) 291-2400
Email:   lmacphee@perkinscoie.com
         jdance@perkinscoie.com

Attorneys for QCE Holding LLC, QCE Incentive
LLC, Quiznos Finance, Inc., The Cervantes Holding
Company, Cervantes Capital LLC, Cervantes
Master LLC, Richard E. Schaden, Richard F.
Schaden, Patrick E. Meyers, and Steven B. Shaffer

Bruce Bennett
Christopher Lovrien
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539
Email:   bbennett@jonesday.com
         cjlovrien@jonesday.com

Attorneys for Defendants QCE Holding LLC, QCE
Incentive LLC, Quiznos Finance, Inc., The
Cervantes Holding Company, Cervantes Capital

</div>

88253-0001/LEGAL25843752.1

LLC, Cervantes Master LLC, Richard E. Schaden,
Richard F. Schaden, and Patrick E. Meyers

Bruce A. Lampert
Katzman, Lampert & McCune
8501 Turnpike Dr., Suite 211
Westminster, CO 80031
Telephone:  (303) 465-3663
Facsimile:  (303) 465-3884
Email:  BLampert@klm-law.com

Attorney for Richard E. Schaden, Richard F.
Schaden, Patrick E. Meyers, and Steven B. Shaffer

88253-0001/LEGAL25843752.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2013, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will serve the foregoing to the following e-mail

addresses:

Jeffrey Cohen
cohenj@ballardspahr.com

*s/ Leonard H. MacPhee*
Leonard H. MacPhee